UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY RICHARDSON
ADC #137010                                                                                               PETITIONER

v.                            Case No. 5:17-cv-00198-KGB/JTR

WENDY KELLEY, Director
Arkansas Department of Correction                                                          RESPONDENT

### ORDER

Before the Courts is the Recommended Disposition of United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). The time for filing objections has passed, and plaintiff Bobby Richardson has not filed any objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 4). Mr. Richardson's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). A certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2); § 2254 Rule 11(a).

It is so ordered this this the 1st day of May, 2018.

Kristine G. Baker
United States District Judge