# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BOBBY RICHARDSON
ADC #137010                                                                                    PETITIONER

v.                         Case No. 5:17-cv-00198-KGB/JTR

WENDY KELLEY, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that plaintiff Bobby Richardson's petition for a writ of *habeas corpus* is dismissed without prejudice.

It is so adjudged this the 1st day of May, 2018.

_____
Kristine G. Baker
United States District Judge